# MEMORANDUM DECISIONS

## 1

### In the Matter of the Application of Harry VISSERING.

Court of Appeals of District of Columbia. Submitted January 11, 1928. Decided March 5, 1928.

#### No. 2006.

Appeal from the Commissioner of Patents.

H. H. Benjamin, of Chicago, Ill., and J. T. Basseches, of New York City, for appellant.

T. A. Hostetler, of Washington, D. C., for Com'r of Patents.

Before MARTIN, Chief Justice; VAN ORSDEL, Associate Justice; and SMITH, Judge of the United States Court of Customs Appeals.

VAN ORSDEL, Associate Justice. This appeal is from the Commissioner of Patents rejecting appellant's application for a patent for a car brake step described in the following claim: "1. A brake step adapted to be secured to a car body and having a shelf portion adapted to act as a rest for the foot and provided with an abutment portion comprising a plurality of continuous spaced pressed portions."

The step is Z-shaped in cross section, and supported by V-shaped brackets. It is made of pressed sheet metal provided with corrugations on the upper surface to prevent the user from slipping.

In the opinions of the tribunals of the Patent Office, the construction upon which the patent is sought is clearly pointed out in three references relied upon, and from an examination of the prior art we agree with the Commissioner "that applicant has done no more than pick out one feature from one patent, another from another, and so on, and unite them in a single structure. The step possesses no new or improved function as a result of such assemblage of old features."

The decision of the Commissioner is affirmed.

## 2

### In the Matter of the Application of Morris P. HOLMES.

Court of Appeals of District of Columbia. Submitted March 13, 1928. Decided April 2, 1928.

#### No. 2042.

L. A. Maxson, of Claremont, N. H., for appellant.

T. A. Hostetler, of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

ROBB, Associate Justice. Appeal from Patent Office decision refusing to allow claims in appellant's application for a patent involving a device comprising a compound reduction gearing, having means for supplying motive fluid to the meshing teeth of each gear to form a motor.

The case was pending in the Patent Office more than eight years and was very carefully considered by the various tribunals, each writing an opinion. After an adverse decision by the Board of Examiners in Chief, appellant canceled all the rejected claims and substituted others, which the Board refused to consider. On Appeal to the Commissioner, he ruled that "while these claims should have been presented to the examiner in order that his opinion as to them should be before the appellate tribunals, yet in view of the history of the case, these claims will be admitted and here considered." After full consideration, the Commissioner disallowed the substituted claims.

We have carefully examined the Commissioner's decision in the light of appellant's argument and brief, and are convinced of its correctness. We therefore affirm the decision, without a restatement of reasons. Affirmed.